MICHELE BECKWITH
Acting United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Feb 18, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

United States of America,

             Plaintiff,

   v.

ANDERSON THURSTON,

          Defendant.

CASE NO.    2:25-mj-0034 JDP

**UNDER SEAL**

SEALING ORDER

**S E A L I N G   O R D E R**

    Upon Application of the United States of America and good cause having been shown,

    IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

SEALED until further order of this Court.

Dated:    February 18, 2025

Hon. Jeremy D. Peterson
U.S. MAGISTRATE JUDGE